# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     \*

          v.     \*

Reginald Moody     \*
      Defendant

Citation No(s): P0462345, P0462396

Docket No: 14-po-7919

\* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| operating w/suspended license | | 115 | 10 | 25 |
| operating motor vehicle off established roadway | | 115 | 10 | 25 |
| poss stolen prop P0462394 | dism | — | — | — |

TOTAL DUE: $300.00

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363
    (or you may pay online at www.cvb.uscourts.gov)
☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

☐ Waive Initial Appearance     ☐ Continue to Obtain License
☐ Continue for Payment     ☐ Continue to Retain Attorney
☐ Set for Trial     ☐ New Court Date: _____
☐ Dismissed by the Government     at: _____ a.m.

COMMENTS: _____

_____
Defendant's Signature

_____
Attorney for Defendant

_____
Assistant U.S. Attorney

Date: 1-13-15

*Original – Court     Yellow – Defendant     Pink – AUSA*

Plea Agreement (01/2013) Triple